No. 96–1579. BROGAN *v.* UNITED STATES. C. A. 2d Cir. [Certiorari granted, 520 U. S. 1263.] Motion of respondent Reinaldo Roman for leave to proceed further herein *in forma pauperis* granted.

No. 96–1769. OHIO ADULT PAROLE AUTHORITY ET AL. *v.* WOODARD. C. A. 6th Cir. [Certiorari granted, 521 U. S. 1117.] Motion for appointment of counsel granted, and it is ordered that Michael J. Benza, Esq., of Columbus, Ohio, be appointed to serve as counsel for respondent in this case.

No. 96–1936. FAIRPORT INTERNATIONAL EXPLORATION, INC. *v.* SHIPWRECKED VESSEL KNOWN AS CAPTAIN LAWRENCE, IN REM, ET AL. C. A. 6th Cir. Motion of Columbus-America Discovery Group, Inc., for leave to file a brief as *amicus curiae* granted.

No. 96–1962. COHEN *v.* LITTLE SIX, INC., DBA MYSTIC LAKE CASINO. Sup. Ct. Minn. Motion of respondent for sanctions denied.

No. 96–7901. TREST *v.* CAIN, WARDEN. C. A. 5th Cir. [Certiorari granted, 520 U. S. 1239.] Motion of petitioner to enlarge the record granted. Motion of respondent to enlarge the record granted.

No. 96–9413. IN RE TYLER;
No. 96–9513. ARTEAGA *v.* CALIFORNIA. C. A. 9th Cir.; and
No. 97–5124. IN RE TYLER. Motions of petitioners for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioners are allowed until October 27, 1997, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 97–472. JONES, SECRETARY OF STATE OF CALIFORNIA *v.* BATES ET AL. C. A. 9th Cir. Motion of petitioner to expedite consideration of the petition for writ of certiorari before judgment denied.